In re **Luis A. Cruz-Garcia**  
    **Luz Maria Castaneda De Cruz**

Case No. **09-20996**  
(if known)

*AMENDED 1/26/2010*
# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Residence<br>1348 S. Dawson St.<br>Seattle, WA 98108 | Fee Simple | C | $380,000.00 | $363,219.91 |
| | | Total: | $380,000.00 | |

(Report also on Summary of Schedules)

In re **Luis A. Cruz-Garcia**     Case No. **09-20996**
     **Luz Maria Castaneda De Cruz**                   (if known)

*AMENDED 1/26/2010*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **American Mortgage Network, Inc.** <br> **2711 Centerville Road Ste 400** <br> **Wilmington, DE 19808** | | C | DATE INCURRED: <br> NATURE OF LIEN: **2nd Mortgage** <br> COLLATERAL: **Residence** <br> REMARKS: <br><br> VALUE: $380,000.00 | | | | $40,000.00 | |
| **Representing:** <br> **American Mortgage Network, Inc.** | | | **Bank Of America (Bankrupt NC4-105-02-77)** <br> **PO Box 26012** <br> **Greensboro, NC 27410** | | | | Notice Only | Notice Only |
| ACCT #: **xxxxx8825** <br> **Countrywide Home Lending** <br> **Attention: Bankruptcy SV-314B** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | | C | DATE INCURRED: **08/2006** <br> NATURE OF LIEN: **Credit Line Secured** <br> COLLATERAL: **Residence** <br> REMARKS: <br><br> VALUE: $380,000.00 | | | | Notice Only | Notice Only |
| ACCT #: <br> **Investment Mortgage Firm** <br> **c/o Moises Garcia** <br> **140 S. 107th ST.** <br> **Seattle, WA 98168-1346** | | C | DATE INCURRED: <br> NATURE OF LIEN: **Notice Only** <br> COLLATERAL: **Residence** <br> REMARKS: <br><br> VALUE: $380,000.00 | | | | Notice Only | Notice Only |
| | | | Subtotal (Total of this Page) > | | | | $40,000.00 | $0.00 |
| | | | Total (Use only on last page) > | | | | | |

_____**2**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

01/26/2010 12:12:49pm

B6D (Official Form 6D) (12/07) - Cont.

In re **Luis A. Cruz-Garcia**
**Luz Maria Castaneda De Cruz**

Case No. **09-20996**
(if known)

*AMENDED 1/26/2010*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| ACCT #:<br>**King County Treasury**<br>**500 Fourth Avenue, Room 600**<br>**Seattle, WA 98104** | C | DATE INCURRED: **Various**<br>NATURE OF LIEN: **Arrearage claim**<br>COLLATERAL: **Residence**<br>REMARKS:<br><br>VALUE: $380,000.00 | | $3,260.12 | |
| ACCT #:<br>**Litton Loan Servicing LP**<br>**Attention: Customer Service Department**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** | C | DATE INCURRED:<br>NATURE OF LIEN: **1st Deed of Trust**<br>COLLATERAL: **Residence**<br>REMARKS:<br><br>VALUE: $380,000.00 | | $319,959.79 | |
| **Representing:**<br>**Litton Loan Servicing LP** | | **Mortgage Electronic Registration Systems**<br>**1818 Library Street, Suite 300**<br>**Reston, VA 20190** | | Notice Only | Notice Only |
| **Representing:**<br>**Litton Loan Servicing LP** | | **Northwest Trustee Services**<br>**PO Box 997**<br>**Bellevue, WA 98009-0997** | | Notice Only | Notice Only |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$323,219.91** | **$0.00**
Total (Use only on last page) >

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED 1/26/2010*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Litton Loan Servicing LP**<br>**Attention: Customer Service Department**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081** | | C | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**Residence**<br>REMARKS:<br><br>VALUE: $20,000.00 | | | | $20,000.00 | |
| ACCT #:<br>**Sound Real Estate Network LLC**<br>**c/o Nick Weaver**<br>**16310 118TH CT NE**<br>**Bothell, WA 98011** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**Residence**<br>REMARKS:<br><br>VALUE: $380,000.00 | | | | **Notice Only** | **Notice Only** |

Sheet no. __2__ of __2__ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $20,000.00 | $0.00 |
| Total (Use only on last page) > | $383,219.91 | $0.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

01/26/2010 12:12:49pm

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Luis A. Cruz-Garcia**
**Luz Maria Castaneda De Cruz**

Case No. **09-20996**

Chapter **7**

*AMENDED 1/26/2010*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $380,000.00 | | |
| B - Personal Property | No | 4 | $1,197.02 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $383,219.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 8 | | $181,048.37 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $2,614.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $2,222.17 |
| TOTAL | | 22 | $381,197.02 | $564,268.28 | |

Form 6 - Statistical Summary (12/07)

01/26/2010 12:12:49pm

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Luis A. Cruz-Garcia**
**Luz Maria Castaneda De Cruz**

Case No. **09-20996**

Chapter **7**

*AMENDED 1/26/2010*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | **$2,614.00** |
| Average Expenses (from Schedule J, Line 18) | **$2,222.17** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$5,800.00** |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | **$181,048.37** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$181,048.37** |