Entered on Docket Jan. 26, 2010

1

2

The Honorable Philip H. Brandt
Chapter 7
Ex Parte

3

4

5

6

7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   IN RE:

Case No. 09-20996 PHB

10  Luis A. Cruz-Garcia and Luz Maria Castaneda
De Cruz,

Chapter:  7

11              Debtor(s).

ORDER GRANTING IN PART DEBTORS'
MOTION FOR CONTINUANCE OF 341
MEETING AND SETTING THE MATTER
FOR HEARING.

12

13

14

15  Having considered Debtors' motion for continuance of 341 meeting and the trustee's objection thereto, it is
ORDERED:

16  1. The 341 meeting scheduled for 28 January 2010 is continued to 10 February 2010 at 10 a.m.

17  2. The matter of a further continuance is set for hearing on my 4 February 2010 calendar at 10:30 a.m.,
Courtroom 8106, 700 Stewart Street, Seattle, WA 98101. /PHB

18

19

20

21

22

23

24

25

26

27

_Philip H. Brandt_
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

ORDER GRANTING CONTINUANCE OF THE §341
MEETING OF CREDITORS AND  CONTINUANCE TO
FILE DISCHARGEABILITY COMPLAINTS
(09-20996 PHB) - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (206)447-0115

1  Presented by:

2  SEATTLE DEBT LAW, LLC

3

4  By:*/s/ Christina Latta Henry*
   Christina Latta Henry, WSBA #31273

5  Attorney for Debtors

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING CONTINUANCE OF THE §341
MEETING OF CREDITORS AND  CONTINUANCE TO
FILE DISCHARGEABILITY COMPLAINTS
(09-20996 PHB) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (206)447-0115